UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 17-05997 |
| | ) | |
| ELIZABETH ANGELA SETTE, | ) | Hon. Jacqueline P. Cox |
| | ) | |
| | ) | |
| Debtor. | ) | |

### Certificate Of Service

I, Steven R. Radtke, hereby certify that on **August 18, 2017**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/  Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

SetteNFRCrtSrv

SERVICE LIST
ELIZABETH ANGELA SETTE, DEBTOR
CASE NO. 17-05997

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Elizabeth Angela Sette
6103 N. Elston Ave
APT# 2
Chicago, IL 60646

Discover Bank
Discover Bank Products Inc.
PO box 3025
New Albany, OH 43054-3025

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, VA 98083-0788

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

SetteTFRSrvList

1