# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Elizabeth Angela Sette | § | Case No. 17-05997 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 8,676.94 |
| Total Distributions to Claimants:  5,127.79 | Claims Discharged<br>Without Payment:  61,638.44 |
| Total Expenses of Administration:  1,412.18 | |

3) Total gross receipts of $ 6,539.97  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 6,539.97  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,412.18 | 1,412.18 | 1,412.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 48,870.00 | 17,976.23 | 17,976.23 | 5,127.79 |
| **TOTAL DISBURSEMENTS** | $ 48,870.00 | $ 19,388.41 | $ 19,388.41 | $ 6,539.97 |

4)  This case was originally filed under chapter 7 on  02/28/2017 .  The case was pending for 8 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/17/2017                By:/s/STEVEN R. RADTKE
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Savings Bond | 1129-000 | 200.00 |
| Lfie Insurance proceeds | 1229-000 | 6,339.97 |
| **TOTAL GROSS RECEIPTS** | | $ 6,539.97 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 1,404.00 | 1,404.00 | 1,404.00 |
| STEVEN R. RADTKE | 2200-000 | NA | 8.18 | 8.18 | 8.18 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,412.18 | $ 1,412.18 | $ 1,412.18 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACL Laboratories, PO Box 27901 West Allis WI 53227 | | 180.00 | NA | NA | 0.00 |
| | Advocate Luthern General Hospital, PO Box 4249 Carol Stream IL 60197 | | 8,180.00 | NA | NA | 0.00 |
| | Chase CARD, Po Box 15298 Wilmington DE 19850 | | 18,491.00 | NA | NA | 0.00 |
| | Discover FIN SVCS LLC, Po Box 15316 Wilmington DE 19850 | | 16,792.00 | NA | NA | 0.00 |
| | IICAR-INTEGRATED IMAGING CONSULTANTS, PO BOX 95040 Chicago IL 60694 | | 2,361.00 | NA | NA | 0.00 |
| | Illinois Collection Service, PO Box 1010 Tinley Park IL 60477 | | 20.00 | NA | NA | 0.00 |
| | Illinois Collection Service, PO Box 1010 Tinley Park IL 60477 | | 605.00 | NA | NA | 0.00 |
| | Kohls/Capone, N56 W 17000 Ridgewood Dr Menomonee Falls WI 53051 | | 745.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchants Credit Guide, 223 W Jackson Blvd Ste 4 Chicago IL 60606 | | 66.00 | NA | NA | 0.00 |
| | North Suburban Surgical Consultants LLC, 7900 Milwaukee Ave. Ste# 222 Niles IL 60714 | | 350.00 | NA | NA | 0.00 |
| | Presence Health, 62314 Collections Center Dr. Chicago IL 60693 | | 1,000.00 | NA | NA | 0.00 |
| 3 | Capital One, N.A. | 7100-000 | NA | 796.41 | 796.41 | 227.18 |
| 1 | Discover Bank | 7100-000 | NA | 17,070.19 | 17,070.19 | 4,869.34 |
| 2 | Quantum3 Group Llc As Agent For | 7100-000 | 80.00 | 109.63 | 109.63 | 31.27 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 48,870.00** | **$ 17,976.23** | **$ 17,976.23** | **$ 5,127.79** |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 17-05997 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|

Case Name: Elizabeth Angela Sette

Date Filed (f) or Converted (c): 02/28/2017 (f)

341(a) Meeting Date: 04/03/2017

For Period Ending: 10/17/2017

Claims Bar Date: 07/19/2017

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2007 Ford Focus | 1,370.00 | 1,370.00 | | 0.00 | FA |
| 2. Furniture, linens, small appliances, tables and chairs, bedr | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 3. Flat screen TV, computer, cell phone | 200.00 | 200.00 | | 0.00 | FA |
| 4. Everyday clothes, shoes, accessories | 200.00 | 200.00 | | 0.00 | FA |
| 5. Everyday jewelry, costumer jewelry | 150.00 | 150.00 | | 0.00 | FA |
| 6. Books, CDs, DVDs & Family Photos | 50.00 | 50.00 | | 0.00 | FA |
| 7. Cash | 300.00 | 300.00 | | 0.00 | FA |
| 8. Chase Bank checking account | 15.00 | 15.00 | | 0.00 | FA |
| 9. Wintrust Bank savings account | 700.00 | 700.00 | | 0.00 | FA |
| 10. Savings Bond | 200.00 | 200.00 | | 200.00 | FA |
| 11. 401K plan with employer | Unknown | 0.00 | | 0.00 | FA |
| 12. Term Life Insurance with employer. No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | FA |
| 13. Lfie Insurance proceeds (u) | 10,001.91 | 10,001.91 | | 6,339.97 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $14,186.91          $14,186.91                              $6,539.97          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/2017  Trustee received insurance proceeds and cash equivalent of savings bond; waiting for bar date to pass to prepare TFR (TFR submitted to UST for approval on 7/20/17)

Trustee to collect unscheduled insurance proceeds

Initial Projected Date of Final Report (TFR): 12/31/2018          Current Projected Date of Final Report (TFR): 12/31/2017

Exhibit 8

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 17-05997 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Elizabeth Angela Sette | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6354 |
| | Checking |
| Taxpayer ID No: XX-XXX6236 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/17/2017 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/02/17 | | Elizabeth A. Sette | Non-exempt portion of insurance proceeds and cash equivalent of savings bond | | $6,539.97 | | $6,539.97 |
| | | | Gross Receipts    $6,539.97 | | | | |
| | 10 | | Savings Bond    $200.00 | 1129-000 | | | |
| | 13 | | Lfie Insurance proceeds    $6,339.97 | 1229-000 | | | |
| 09/22/17 | 1001 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 . | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,404.00 | $5,135.97 |
| 09/22/17 | 1002 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $8.18 | $5,127.79 |
| 09/22/17 | 1003 | Discover Bank Discover Products Inc Po Box 3025 New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 28.53 % per court order. | 7100-000 | | $4,869.34 | $258.45 |
| 09/22/17 | 1004 | Quantum3 Group Llc As Agent For Comenity Capital Bank Po Box 788 Kirkland, Wa 98083-0788 | Final distribution to claim 2 representing a payment of 28.52 % per court order. | 7100-000 | | $31.27 | $227.18 |
| 09/22/17 | 1005 | Capital One, N.A. C O Becket And Lee Llp Po Box 3001 Malvern, Pa 19355-0701 | Final distribution to claim 3 representing a payment of 28.53 % per court order. | 7100-000 | | $227.18 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $6,539.97 | $6,539.97 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Page Subtotals: | $6,539.97 | $6,539.97 |

Case 17-05997    Doc 26    Filed 11/16/17    Entered 11/16/17 15:48:24    Desc Main
Document    Page 10 of 11

| | | |
|---|---|---|
| Subtotal | $6,539.97 | $6,539.97 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,539.97 | $6,539.97 |

Exhibit 9

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6354 - Checking | $6,539.97 | $6,539.97 | $0.00 |
| | $6,539.97 | $6,539.97 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,539.97 |
| Total Gross Receipts: | $6,539.97 |